## MONROE BROWN v. STATE.

No. A-7205. Opinion Filed Oct. 26, 1929.
Rehearing Denied March 22, 1930.
(287 Pac. 848.)

Bristow & Johnson and J. W. Osmond, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the county court of Caddo county for the unlawful pos-

session of intoxicating liquor, and was sentenced to pay a fine of $100 and to serve sixty days in the county jail.

The case was tried in August, 1928, and the appeal was lodged in this court in October, 1928. No briefs in support of the appeal have been filed. The evidence reasonably sustains the judgment. No material error is apparent.

The case is affirmed.